IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SHARON PAWLAK,
        Plaintiff,

v.

WORLD WIDE SIGN SYSTEMS, INC.
        Defendant.

Case No. 17-CV-357

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff Sharon Pawlak ("Pawlak"), individually and on behalf of the potential Opt-In Plaintiffs and the putative Class Members, by and through her attorneys, Hawks Quindel, S.C., by Larry Johnson, Summer Murshid, and Timothy P. Maynard, and Defendant World Wide Sign Systems, Inc. ("World Wide"), by and through its attorneys, Lynn Stathas and Michael Gentry of Reinhart Boerner Van Deuren s.c., submit this Joint Motion for Preliminary Approval of Class and Collective Action Settlement. Pawlak and World Wide ("the Parties"), through negotiation, reached a settlement in this case on January 24, 2018 on a class-wide basis. In connection with this settlement, the Parties respectfully move the Court for the following:

1.      an Order preliminarily approving the Settlement Agreement attached as Exhibit 1 (ECF No. 15-1) to this Motion as fair, reasonable, and adequate;

2. an Order granting the Parties' Joint Stipulation to Certify a Collective Action Pursuant to 29 U.S.C. § 216(b) and to Certify a Class Action Pursuant to FED.R.CIV.P. 23 (ECF No. 15-4) for purposes of settlement only;

3. an Order appointing Sharon Pawlak as Class Representative for purposes of settlement only;

4. an Order appointing Hawks Quindel, S.C. as Class Counsel pursuant to FED.R.CIV.P. 23(g);

5. an Order approving the Notice of Class Action Settlement and the Consent in the form of Exhibit B to the Settlement Agreement (ECF No. 15-3) for distribution to all putative members of the Rule 23 Class and Collective Class and approving that the provision of the Notice of Class Action Settlement by mail constitutes valid, due, and sufficient notice to Rule 23 Class and Collective Class Members;

6. an Order that Class Counsel must mail the Notice of Class Action Settlement to the Class Members within seven (7) days of the Court's Order Preliminarily Approving the Settlement Agreement;

7. an Order that putative members of the Collective Class may file a Consent Form within thirty (30) days of Notice's mailing.

8. an Order that individuals who wish to exclude themselves must opt-out per the instructions set forth in the Notice within thirty (30) days of the mailing of the Notice;

9. an Order that any individual who does not exclude themselves shall be bound by the Court's Order Finally Approving the Settlement;

10. an Order that any Rule 23 Class Member who wishes to object in any way to the proposed Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position.

11. an Order that Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs at least twenty-one (21) days prior to the Fairness Hearing, and a direction that any supplemental brief in support of final approval of the Settlement Agreement or in response to any objections to the application for attorneys' fees be filed at least seven (7) days before the Fairness Hearing, and that the Court shall determine at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel; and

Dated this 28th day of February, 2018.

Respectfully Submitted,

 s/ Lynn M. Stathas
Lynn M. Stathas, SBN 1003695
lstathas@reinhartlaw.com
Michael J. Gentry, SBN 1091204
mgentry@reinhartlaw.com

Reinhart Boerner Van Deuren s.c.
22 E. Mifflin Street
Suite 600

Respectfully Submitted,

 s/ Summer H. Murshid
Larry A. Johnson, SBN 1056619
ljohnson@hq-law.com
Summer H. Murshid, SBN 1075404
smurshid@hq-law.com
Timothy P. Maynard, SBN 1080953
tmaynard@hq-law.com

Hawks Quindel, S.C.
222 E Erie Street
Suite 210

| | |
|---|---|
| Madison, WI 53703<br>(608) 229-2200 (office)<br>(608) 229-2100 (facsimile) | P.O. Box 442<br>Milwaukee, WI 53202<br>(414) 271-8650 (office)<br>(414) 271-8442 (facsimile) |
| **Attorneys for Defendant** | **Attorneys for Plaintiffs** |