IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**SHARON PAWLAK,**
 Plaintiff,

      v.

               Case No. 17-CV-357

**WORLD WIDE SIGN SYSTEMS, INC.**
 Defendant.

## ORDER

  WHEREAS, the Parties have made an application for an order preliminarily approving the settlement of this litigation as stated in the Parties' Settlement Agreement and Release of Claims ("Settlement Agreement") which, together with the Exhibits attached thereto, sets forth the terms and conditions for a proposed settlement of the litigation and for dismissal of the litigation upon the terms and conditions set forth therein;

  WHEREAS, the Court has read and considered the Settlement Agreement, the exhibits attached thereto, and the briefing submitted in support of preliminary approval of the settlement; IT IS HEREBY ORDERED:

  1. The Court hereby preliminarily approves the Settlement Agreement and the terms set forth therein as being fair, reasonable and adequate. The

Settlement Agreement is the result of arms'-length negotiations between experienced attorneys who are familiar with class action litigation in general and with the legal and factual issues of this case in particular. The Court finds that the settlement terms negotiated by the Parties and described in the Settlement Agreement are a fair and reasonable resolution of a bona fide dispute between the Defendant, the Named Plaintiff, and the Class Members. The Parties' Joint Motion for Preliminary Approval of Class and Collective Action Settlement is GRANTED;

2. The Parties' Joint Stipulation to Certify a Collective Action Pursuant to 29 U.S.C. 2016(b) and to Certify a Class Action Pursuant to Fed. R. Civ. P. 23 for purposes of settlement only is GRANTED;

3. Sharon Pawlak is APPOINTED as representatives for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. § 216(b) Collective Class;

4. Hawks Quindel, S.C.is APPOINTED as Class Counsel for the certified Fed. R. Civ. P. 23 Class and the 29 U.S.C. § 216(b) Collective Class;

5. The Parties' Notice of Class Action Settlement and the Consent Form is APPROVED as valid, due, and sufficient notice for distribution to the putative members of the Rule 23 Class and the Collective Class;

6. Class Counsel shall mail the Notice of Class Action Settlement to the Class Members within seven (7) days after the date of this Order;

7. Putative Collective Class members may file a Consent Form within thirty (30) days of the Notice's mailing;

8. Any individual who wishes to exclude himself or herself from the Rule 23 Class must opt-out per the instructions set forth in the Notice of Class Action Settlement within thirty (30) days of the Notice's mailing;

9. Any individual not excluding himself or herself from the Rule 23 Class shall be bound by the Court's final order approving settlement;

10. Any Rule 23 Class Member who wishes to object in any way to the proposed Settlement Agreement must file and serve such written objections per the instructions set forth in the Notice no later than thirty (30) days after the mailing of the Notice, together with copies of all papers in support of his or her position.

11. Class Counsel shall file a Motion for Approval of Attorneys' Fees and Costs at least twenty-one (21) days prior to the Fairness Hearing, and a direction that any supplemental brief in support of final approval of the Settlement Agreement or in response to any objections to the application for attorneys' fees be filed at least seven (7) days before the Fairness Hearing; and

12. the Court shall determine at the Fairness Hearing in what amount attorneys' fees and reimbursement of costs and expenses should be awarded to Class Counsel.

Dated this \_\_\_1st\_\_\_ day of \_\_March\_\_\_\_\_, 2018.

BY THE COURT:

s/ William C. Griesbach

William C. Griesbach, Chief Judge
United States District Court