IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SHARON PAWLAK,
        Plaintiff,

v.

WORLD WIDE SIGN SYSTEMS, INC.
        Defendant.

Case No. 17-CV-357

## ORDER

WHEREAS, the Court has previously preliminarily approved the Parties' settlement agreement (ECF Nos. 15-1), has reviewed Plaintiffs' Counsel's Motion for Attorneys' Fees and its supporting documents (ECF Nos. 35-39), and has held a fairness hearing regarding the same on May 11, 2018,

**IT IS HEREBY ORDERED**:

1.    The Wisconsin law Settlement Class ("Rule 23 Class") consisting of all individuals on the Parties' settlement allocation (ECF No. 15-2) that have not timely excluded themselves from the settlement is **CERTIFIED** pursuant to Fed. R. Civ. P. 23;

2.    The FLSA Collective Class ("Collective Class") consisting of all individuals that have filed a consent to join their FLSA claims in this matter is **CERTIFIED** pursuant to 29 U.S.C. §216(b);

3.    The Settlement Agreement (ECF No. 15-1) is **APPROVED** as fair, reasonable, and adequate;

4. Named Plaintiff Pawlak is **APPOINTED** as Class Representative for the Settlement Classes;

5. Hawks Quindel, S.C. is **APPOINTED** as Class Counsel for the Settlement Classes;

6. The Settlement Agreement is **DECLARED** to be binding on World Wide Sign Systems, Inc., Pawlak, the Collective Class, and the Rule 23 class;

7. The Rule 23 Class members' released Wisconsin claims are **DISMISSED WITH PREJUDICE**;

8. The Wisconsin law claims of the Rule 23 Class Members who have properly and timely excluded themselves in full accordance with the procedures set forth in the Settlement Agreement are **DISMISSED WITHOUT PREJUDICE**;

9. The Collective Class Members' released FLSA claims are **DISMISSED WITH PREJUDICE**; and

10. Having found that the requested hourly rates of Class Counsel ($75.00 per hour for law clerks, $200.00 per hour for Attorney Claire G. Roehre, $275.00 per hour for Attorney Timothy P. Maynard, and $350.00 per hour for attorneys Larry A. Johnson and Summer H. Murshid), the hours of work performed by Class Counsel (*see* ECF No. 37-1), and the costs incurred by Class Counsel (*see* ECF No. 37-2) are fair, reasonable, and consistent with the market rate in similar cases, Class Counsel is **AWARDED** attorneys' fees

in the amount of $17,826.87 and costs in the amount of $1,173.13 for a total of $19,000.00.

Dated this   11th     day of   May       , 2018 at Green Bay, Wisconsin.

BY THE COURT:

 s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court